STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant FUNG

FILED
OCT 07 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-15-00140 JST |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATED REQUEST TO VACATE STATUS HEARING DATE AND TO MODIFY TERMS OF SUPERVISED RELEASE AND [PROPOSED] ORDER |
| SATHI FUNG, | ) |
| Defendant. | ) Hearing Date: October 23, 2015<br>) Time: 9:30 a.m. |

The above-captioned matter is set on October 23, 2015 before this Honorable Court for a status hearing on a pending Form 12 Petition alleging that Sathi Fung violated the terms of his supervised release. The parties and probation office jointly request that the Court vacate the upcoming status hearing and modify the terms of Mr. Fung's supervised release to resolve the pending Form 12 Petition as set forth below.

Mr. Fung was convicted in the District of Maryland of conspiracy to distribute and possession with the intent to distribute a controlled substance. He was sentenced to 30 months in custody and, shortly after his release, his jurisdiction was transferred to this judicial district.

On August 21, 2015, the Court issued a summons for Mr. Fung to appear in magistrate court on a Form 12 Petition alleging that he tested positive for cocaine and that his whereabouts

1  were unknown. On September 24, 2015, Mr. Fung appeared on the summons and, after his
2  initial appearance, the parties met and conferred and agreed on a proposed modification of Mr.
3  Fung's supervised release. Specifically, the parties believe that Mr. Fung should submit to 75
4  days of electronic monitoring to address the allegations in the August 21, 2015 Form 12 Petition.
5  Mr. Fung is in agreement with this proposal, and the parties agree that this modification resolves
6  the pending Form 12.
7       As a result, the parties stipulate and agree that the status conference hearing set for
8  October 23, 2015 should be vacated and that Mr. Fung's supervised release should be modified
9  as follows:

> The defendant shall participate in the Location Monitoring Program as directed by the probation officer for a period of 75 days and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring shall be utilized to verify the defendant's compliance with home detention while on the program. The defendant is restricted to his residence at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. Location monitoring fees are waived.

DATED: October 7, 2015

/S/
JOSEPH ALIOTO
Assistant United States Attorney

DATED: October 7, 2015

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# [PROPOSED] ORDER

For the reasons set forth in the stipulation of the parties above and for good cause, it is ordered that the status hearing date of October 23, 2015 is vacated and that Mr. Fung's supervised release is modified as follows:

> The defendant shall participate in the Location Monitoring Program as directed by the probation officer for a period of 75 days and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring shall be utilized to verify the defendant's compliance with home detention while on the program. The defendant is restricted to his residence at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. Location monitoring fees are waived.

IT IS SO ORDERED.

October 7, 2015

_____
THE HONORABLE JON S. TIGAR
United States District Judge